# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| JOHN F. LUBY AND VANESSA LUBY | : |
| | : |
| DEBTOR(S) | : BANKRUPTCY NO. 06-16050 SR |
| | |
| PANDA HERBAL INTERNATIONAL, INC., | : |
| AFAB INDUSTRIAL SERVICES, INC., SVT, INC., | : |
| CAROLINA FULLFILLMENT, EVERETT L. FARR, III, AND | : |
| HENRY HADRY | : |
| | : |
| PLAINTIFF(S) | : |
| | : |
| vs. | : |
| | : |
| JOHN F. LUBY AND VANESSA LUBY | : |
| | : |
| DEFENDANT(S) | : ADVS. NO. 07-0250 |

## ORDER

**AND NOW,** upon consideration of the Complaint Seeking Denial of Discharge of Specific Indebtedness and Denial of General Discharge of the Debtors, the Debtors' Opposition, after trial of the case, and for the reasons set forth in the foregoing Opinion,

it is hereby

**ORDERED** that judgment is entered in favor of Plaintiffs and against Debtors/Defendants.  The Debtors are denied a discharge pursuant to 11 U.S.C. § 727(a).  Alternatively, the Court finds the following claims to be non-dischargeable pursuant 11 U.S.C. § 523(a):

| Claim # | Holder | Basis | Non-Dischargeable |
|---|---|---|---|
| 4 | Farr | Converted funds | $130,074.35 |
| 5 | Panda | Trademark Infringement/ Cybersquatting | $216,000 |
| 6 | Farr | Legal Fees | $ 38,264.36 |
| 11 | Panda | Converted equipment | $ 71,500 |
| 13 | Panda | Converted equipment | $ 81,800 |

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: September 30, 2010

Counsel for Plaintiff

Robert Szwajkos, Esquire
CURTIN & HEEFNER, LLP
250 N. Pennsylvania Avenue
Morrisville, PA 19067

John F. Luby, Pro Se
Vanessa Luby, Pro Se
190 Fletcher Drive
Morrisville, PA 19067

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich